UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

In Re: JASON R. WHALEN         CASE NO.20-60447-MMP
       LAURA M. WHALEN

     DEBTOR(S)        CHAPTER 13

## NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and reports the following:

1. Debtors filed for relief under Chapter 13 on Tuesday, June 30, 2020. The Debtors' plan has been confirmed by the Court on September 17, 2020.

2. Edward Bownds, (the "Creditor") filed a proof of claim in this case. Disbursement checks to this creditor have been returned to the Trustee's office. The Trustee has attempted to locate the creditor but has been unsuccessful in his attempts.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code, as the creditor has failed to negotiate it's distribution checks.

4. The Trustee's check for $3,919.52, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure, the Trustee files the following list of all known names and addresses of the persons and the amounts to which they are entitled to be paid from the estate.

| Name and Address of Creditor | Amount of Disbursement Check |
|---|---|
| Edward Bownds<br>704 E Jefferson #7<br>Whitney, TX  76692 | $3,919.52 |

Dated: August 02, 2023        /s/Ray Hendren
       Ray Hendren
       4505 Spicewood Springs Rd
       Suite 205
       Austin, TX  78759
       (512) 474-6309

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
### Waco

IN RE:                     CASE NO.: **20-60447**
**Jason R. Whalen**
**Laura M. Whalen**                                                    CHAPTER 13

## CERTIFICATE OF SERVICE
-----------------------------------------

I, Ray Hendren, hereby certify that a true and correct copy of the attached document was served upon the following parties means as listed on the Court's ECF noticing sytem or by regular mail on **August 02, 2023**.

_____

| | | |
|---|---|---|
| Jason R. Whalen<br>Laura M. Whalen<br>1325 N 62Nd St<br>Waco, TX 76710 | Mccreary Veselka Bragg Allen<br>Po Box 1269<br>Round Rock, TX 78680 | Kara E Pratt Attorney At Law<br>Po Box 916<br>Hillsboro, TX 76645 |
| Conn Appliances Inc<br>%Becket & Lee<br>Po Box 3002<br>Malvern, PA 19355-0702 | Perdue Brandon Fielder Collins & Mott Llp<br>500 E Border Street Ste 640<br>Arlington, TX 76010 | Ally Bank Department<br>%Ais Portfolio Services Lp<br>4515 N Santa Fe Ave Dept Aps<br>Oklahoma City, OK 73118 |
| The Tisdale Law Firm Pllc<br>1216 S 31St Street<br>Temple, TX 76504 | | |
| Edward Bownds<br>704 E Jefferson #7<br>Whitney, TX 76692 | United States Trustee<br>903 San Jacinto<br>Suite 230<br>Austin, TX 79701 | |

/s/ Ray Hendren

_____
Ray Hendren
CHAPTER 13 TRUSTEE
4505 Spicewood Springs Rd
Suite 205
Austin, Tx 78759

2